# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| ROBERT M. SMITH, | |
|     Petitioner, | 2:24-cv-108 |
| v. | |
| WARDEN G. SWANEY, | |
|     Respondent. | |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Petitioner Robert Smith's ("Smith") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Order and Local Rules. Dkt. No. 8. Smith filed a motion for extension of time to comply with this Court's Order directing payment of the $5.00 filing fee, which the Court granted and allowed Smith until December 15, 2024, to pay the filing fee. Dkt. No. 10. This extended time has elapsed, and Smith has not paid the requisite fee. In addition, Smith did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific

objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Smith's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow the Court's Orders and Local Rules, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Smith *in forma pauperis* status on appeal.

**SO ORDERED**, this 10 day of January, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA